UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**TRENTON**  **January 30, 2024**
**OFFICE** **DATE OF PROCEEDINGS**

**JUDGE: TONIANNE BONGIOVANNI**
**Digitally Recorded: John Moller**

TITLE OF CASE: 24-MJ-3013 (TJB)
USDC for the District of Columbia 1:24-MJ-22

UNITED STATES OF AMERICA,
 V.
LEE A. GIOBBIE
   DEFENDANT PRESENT

**APPEARANCES:**

Vera Varshavsky, AUSA for Government
Hope Lefeber, Esq., for Defendant
Lura Jenkins, Pretrial Service Officer

**NATURE OF PROCEEDING:**   Rule 5 Initial Appearance

Ordered Hope Lefeber, Esq. retained as counsel.
Rule 5 Initial appearance held.
Waiver of Rule 5 & 5.1. hearing executed.
Defendant advised of Rule 20 rights.
All parties consent to release.
Ordered bail set at $100,000 unsecured bond.
Order Setting Conditions of Release to be entered.

TIME COMMENCED:   2:53 p.m.
TIME ADJOURNED:   3:16 a.m.    s/ John Moller
TOTAL TIME:   23 MINUTES    Deputy Clerk